Date: 09/08/10          DIVIDENDS REMITTED TO THE COURT          Page: 1

Case Number 09-12699 - SIMPSON, RAYMOND E.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Oklahoma Tax Commission<br>Legal Division<br>120 N. Robinson, Suite 2000<br>Oklahoma City, OK 73102-7801 | 000002A | 17.00 | 4.61 |
| ---------- Remittance Total --------------- | | 17.00 | 4.61 |

_____
SUSAN MANCHESTER, Trustee