Date: 12/06/10             **DIVIDENDS REMITTED TO THE COURT**             Page: 1

Case Number 09-12699 - SIMPSON, RAYMOND E.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Oklahoma Tax Commission<br>Legal Division<br>120 N. Robinson, Suite 2000<br>Oklahoma City, OK 73102-7801 | 000002A | 17.00 | 3.00 |
| ---------- Remittance Total -------------- | | 17.00 | 3.00 |

*[signature]*
SUSAN MANCHESTER, Trustee

COURT1                        Printed: 12/06/10 03:04 PM    Ver: 16.01a